UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2175
(1:22-cv-00029-CMH-WEF)
_____

RAYMOND SEFAKOR YAO AZUMAH

        Petitioner - Appellant

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
KIMBERLY J. ZANOTTI; UR JADDOU; ALEJANDRO MAYORKAS

        Defendants - Appellees

_____

O R D E R

_____

    Upon consideration of submissions relative to petitioner's motion for leave to submit a supplemental response to this court's order dated November 30, 2023, the court grants the motion and accepts the response as filed. Defendant-appellees may submit a supplemental response no later than January 30, 2024.

                For the Court

                /s/ Nwamaka Anowi, Clerk